E-FILED
Friday, 11 February, 2022  07:32:26 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

FEB 10 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Jeremiah Cherry,                    )
                                    )
            Plaintiff               )
                                    )
    vs.                             )        Case No. _____
                                    )        *(The case number will be assigned by the clerk)*
Emily Ruskin                        )
Wexford Health Sources INC.         )
Lisa Hopp                           )
Dr. George Milanez                  )
Dr. Deontay Crawford                )
American Dental Society             )
                                   ,)
                                    )
            Defendant(s)            )

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☒    42 U.S.C. §1983 (state, county or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐    Other federal law: _____

☐    Unknown _____

## I. FEDERAL JURISDICTION

_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Jeremiah Cherry_

Prison Identification Number: _K68964_

Current address: _P.O. Box 549_

_Lincoln, Il 62656_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Emily Ruskin_

Current Job Title: _CAO, Former warden_

Current Work Address _Lincoln Correctional Center_

_1098 1350th Street Lincoln, Il 62656_

Defendant #2:

Full Name: _Wexford Health Sources INC._

Current Job Title: _Contractor_

Current Work Address _425 Holiday Dr. Foster Plaza Two_

_Pittsburg, PA 15220_

Defendant #3:

Full Name: _Lisa Hopp_

Current Job Title: _Health Care Unit Administrator (HCUA)_

Current Work Address    *Lincoln Correctional Center*

*1098 1350th Street Lincoln, Il 62656*

Defendant #4:

Full Name:    *DR. George Milanez*

Current Job Title:    *Dentist*

Current Work Address    *Lincoln Correctional Center*

*1098 1350th Street Lincoln, Il 62656*

Defendant #5:

Full Name:    *DR. Deontay Crawford*

Current Job Title:    *Dentist*

Current Work Address    *Lincoln Correctional Center*

*1098 1350th Street Lincoln, Il 62656*

*For additional defendants, provide the information in the same format as above on a separate page.*

### III.  LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☒        No ☐

If yes, please describe    *the lawsuit was dismissed for Failure to*

*exaust. The Grievance Process is complete and I am refiling.*

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒        No ☐

C.  If your answer to B is yes, how many?    *2*    Describe the lawsuit(s) below.

Current Work Address _____

_____

Defendant #4: #6

    Full Name: *American Dental Society*

    Current Job Title: *N/A - Unknown*

    Current Work Address *N/A - Unknown*

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

    *The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☐

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

   _Cherry v. Dart 15 C 6967_

2. Basic claim made _allergic reaction to mold_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _it was consolidated with my other suit and settled._

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒  No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  _Lincoln Correctional Center_

4

# Additional Cases

1. Name of case, court and Docket Number:
   I do not know the case number of the
   other Suit but it was Consolidated with
   Cherry v. Dart 15 c 6967

2. Basic claim made: I was attacked by other
   in males

3. Disposition: it was consolidated with
   Cherry v. Dart 15 c 6967

Date(s) of the occurrence _Febuary 28, 2020 — September 12, 2020_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Defendants Dr. George Milanez and/or Dr. Deontay Crawford will be refered to as Dental staff and/or Dentist in this Complaint. Dental staff refers to all Dental staff as well

On Febuary 28, 2020 Plaintiff was seen by Dental Staff, per request by inmate, about a broken tooth.

On March 20, 2020 Director Rob Jeffreys put out a memoradum to all IDOC staff Stating that, "We are instituting an administrative Quarantine for all Illinois Correctional facilities." In this Memoradum it States that, "Medical and mental health Services will Continue to be provided."

Plaintiff Complained of pain several times to dental Staff and on April 19, 2020 Plaintiff Filed an Emergency Grievance. On April 21, 2020 Grievance was determined to be an emergency by CAO Emily Ruskin.

Plaintiff Complained of being in pain 6 times to Dental Staff From April 19, 2020 to May 28, 2020

On May 26, 2020 Plaintiff seen by Dental Staff where the Dentist noted swelling and Prescribed antibiotics for 7 days.

On June 5, 2020 Dental staff informed Plaintiff that he would be in pain Until Covid is over;

Also on June 5, 2020, approximately 47 days after Plaintiff filed emergency Grievance he received a response from the Grievance Officer Stating:
HCUA...

The offender has been under the care of the on-site Dentist for complaints of tooth #4 pain. He needs a filling once the Dental Department can begin non-emergent/urgent treatments/procedures. Currently the American Dental Society has halted all non-emergent/urgent treatments/procedures related to the Covid outbreak. Therefore, the offender is not able to have the filling completed at this time. The last time he was seen by the Dental Department was on 5/26/20 and at this time he was ordered and antibiotic and Tylenol.

Recommendation:
After a full review of this Grievance and all available documentation, it would be recommended the offender's grievance be denied. DON Farris and HCUA Hopp reviewed the offender's file and advised that the offender's concerns are being addressed.

This reponse was signed off by the CAO on 6/5/2020

6

Lisa Hopp is an employee of Wexford Health Sources Inc.

Plaintiff received the response from the Grievance Officer approximately 95 days (Febuary 28, 2020 - June 5, 2020) after the first time Plaintiff Complained to Dental Staff that his tooth had broken.

Plaintiff Filed Grievance appeal to Director on June 10, 2020

From June 5, 2020 to August 25, 2020, approximately an additional 81 days, Plaintiff Continued to Complaine to Medical Staff over and over about pain.

On September 5, 2020 after receiving an X-ray of tooth it was determined that tooth had, "decay to nerve."

On September 12, 2020, approximately 6 months after initial Complaint to Dental Staff, and months of suffering intensely, the tooth was extracted "Due to decay"

The deliberate indifference to Medical needs Violated Plaintiff, Jeremiah Cherry's rights and Constitute Cruel and unusual Punishment under the Eighth Amendment.

RELIEF REQUESTED

(State what relief you want from the court.)

Compensatory damages in the amount of $50,000

7

against each Defendant for the intense pain and suffering Plaintiff endured for the Months long toothache. For the loss tooth.

Punitive Damages in the amount of $50,000 against each Defendant for the: Systematic Diliberate indiference of Plaintiff Medical needs.

JURY DEMAND          Yes ☒          No ☐

Signed this _____16_____ day of _____January_____, 20 _22_.

_(Signature of Plaintiff)_

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Jeremiah Cherry | K68964 |
| Address: | Telephone Number: |
| P.O. Box 549 | (217) 735-5411 |

Lincoln, Il 62656

8

United States IN THE District Court
CENTRAL DISTRICT OF ILLINOIS.

Jeremiah Cherry                    )
Plaintiff/Petitioner               )
                                   )
            Vs.                    )        No._____
                                   )
Emily Ruskin et al.                )
Defendant/Respondent               )

## PROOF/CERTIFICATE OF SERVICE

TO: United States District Court    TO: _____
    Office of the Clerk Room 218        _____
    201 s. Vine St                      _____
    Urbana, Il 61802-3348               _____

PLEASE TAKE NOTICE that at: 10:47 AM (PM) January 30, 2023 I
placed the documents listed below in the institutional mail at _____Lincoln_____
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 1/30/22                      /s/ _____
                                    Name: Jeremiah Cherry
                                    IDOC No. K68964
                                    Lincoln Correctional Ctr.
                                    POB 549
                                    Lincoln , IL
                                                      62656

Revised 4/15/16

Jeremrah Cherry K68764
P.O. BOX 549
Lincoln, Il 62656

This Correspondence is
from an Offender of the
Illinois Department of Corrections



US POSTAGE

ZIP 62656   $
02  4W
0000372950 FI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK ROOM 218

201 S. Vine St.

Urbana, Il 61802 - 3348